IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. MYERS,<br>KENNETH H. HAYNIE,<br>JOHNNY DANOS,<br>WILLIAM C. KIMBALL,<br>DIANE C. BRIDGEWATER,<br>JEFFREY M. LAMBERTI,<br>RICHARD A. WILKEY,<br>H. LYNN HORAK, and<br>CASEY'S GENERAL STORES, INC.,<br><br>Defendants | Case No. 4:10-cv-00332<br><br>**CLASS ACTION**<br><br>**ACCEPTANCE OF SERVICE** |

      I hereby accept proper and timely service of the Summons and Complaint in the above-captioned case on behalf of Defendants Kenneth H. Haynie, William C. Kimball, Diane C. Bridgewater, Jeffrey M. Lamberti, Richard A. Wilkey and H. Lynn Horak.

      Dated this _29th_ day of _July_, 2010.

7-29-10
Date

_E W Remsburg_
Edward W. Remsburg
AHLERS & COONEY, P.C.
100 Court Avenue
Suite 600 Des Moines, Iowa 50309-2231
**ATTORNEY FOR DEFENDANTS**