## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

CASE NAME: **KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, et al.** vs. **ROBERT J MYERS, KENNETH H HAYNIE, JOHNNY DANOS, WILLIAM C KIMBALL, et al.**

CASE NUMBER: **4:10-CV-00332**

STATE OF Iowa
COUNTY OF Polk         ss.

I, the undersigned, being first duly sworn on oath, and over the age of 18 years, do hereby depose and state that:

On the 25th day of July, 2010 at 12:55 am/**pm**, I served the within **SUMMONS IN A CIVIL ACTION AND PETITION AT LAW** on **JOHNNY DANOS**, at 3315 Southern Hills Dr, Des Moines, IA 50320 in the manner indicated below:

[ ] I served the same by delivering a copy thereof to the above person personally.

[ ] I served the same at the above persons dwelling house or usual place of abode (which place was not a rooming house, hotel, club, or apartment building) by substitute service, delivering a copy to the individual named below, which is a person residing therein what was then at least 18 years old.

[ ] I served the same at the above persons dwelling house or usual place of abode (which place was a rooming house, hotel, club, or apartment building) by substitute service, delivering a copy to a person residing therein or a family member or the manager or proprietor of such place which is a person who was then at least 18 years old.

[X] I served the same on the above person by substitute service, delivering a copy to the spouse of the above person at the address listed above after determining that the spouse lives at the above persons dwelling house or usual place of abode.

[ ] I served the same on the above company, corporation, government official, etc, by delivering a copy to the person named and described below at the address shown above.

[ ] NON SERVICE: For the following reason(s): _____

Theresa Danos (wife)
NAME AND TITLE/RELATIONSHIP OF PERSON SERVED (IF NOT SHOWN ABOVE)

Description of person served: Sex: F  Skin: W  Age: 50's  Hair: Brown  Height: 5'4"  Weight: 120
Other: _____

X _Stephanie Osborne_ 7/25/10
(sign and date)

_Stephanie Osborne_
(print name)

Fee: $30-

Sworn to and subscribed before me on this 25th day of July, 2010
_____
NOTARY PUBLIC