UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

CASE NO.: 4:10-CV-00332

AFFIDAVIT OF SERVICE

**KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, et al.**

    Plaintiff/Petitioner,

vs.

**ROBERT J MYERS, KENNETH H HAYNIE, JOHNNY DANOS, WILLIAM C KIMBALL, et al.**

    Defendant/Respondent.

_____/

Received by **Absolute Serving** on **07/23/2010** to be served upon:

**CASEY'S GENERAL STORES, INC.**

STATE OF IOWA
COUNTY OF POLK    ss.

I, **Julia Roberts**, being duly sworn on oath, and over the age of 18 years, do hearby depose and state that:

On 07/23/2010 at 11:55 AM, I served the within **SUMMONS IN A CIVIL ACTION AND PETITION AT LAW** on **CASEY'S GENERAL STORES, INC.** at **ONE CONVENIENCE BLVD, Ankeny, IA 50021** in the manner indicated below:

**CORPORATE SERVICE:** I served the same on the above company, corporation, government official, etc, by delivering a copy to the person named and described below at the address shown above. :

NAME: **LEANNE K KRELL** TITLE/RELATION: **LEGAL COUSEL/ AUTHORIZED TO ACCEPT SERVICE**

Fee For Service: **$40.00**

Sworn to and subscribed before me on this 23rd day of July, 2010

by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

X_____
Julia Roberts

Independent Contractor for:
Absolute Serving
692 17th Street
Des Moines, IA 50314
1.877.868.0001
Atty File#: **4:10-CV-00332** - Our File# **7867**