UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>ROBERT J. MYERS, et al.,<br><br>      Defendants. | Case No. 4:10-cv-00332-HDV-CFB<br><br>CLASS ACTION<br><br><br><br><br><br><br><br>**ORAL ARGUMENT REQUESTED** |

PLAINTIFF'S MOTION FOR LIMITED EXPEDITED DISCOVERY

574032_1

Pursuant to Rules 26(d), 30(a)(2), 33(b) and 34(b) of the Federal Rules of Civil Procedure and Local Rule 7, plaintiff Kentucky State District Council of Carpenters Pension Trust Fund respectfully requests leave of this Court to conduct limited expedited discovery in accordance with the Memorandum of Law filed concurrently herewith, so that plaintiff can develop the factual record necessary for a hearing on its forthcoming motion for preliminary injunction. In particular, plaintiff moves for an order directing defendants to produce the documents and deponents listed in the Memorandum of Law.

Pursuant to Local Rules 7(l) and 37, counsel for plaintiff conferred with counsel for defendants with respect to the relief requested in this motion. Defendants do not consent to this motion.

DATED: August 5, 2010　　　　　　　　　　WANDRO, BAER & McCARTHY, P.C.
　　　　　　　　　　　　　　　　　　　　　　STEVEN P. WANDRO
　　　　　　　　　　　　　　　　　　　　　　KARA M. SIMONS


　　　　　　　　　　　　　　　　　　　　　　　　s/ Steven P. Wandro
　　　　　　　　　　　　　　　　　　　　　　　STEVEN P. WANDRO

　　　　　　　　　　　　　　　　　　　　　　2501 Grand Avenue
　　　　　　　　　　　　　　　　　　　　　　Des Moines, IA 50312
　　　　　　　　　　　　　　　　　　　　　　Telephone: 515/281-1475
　　　　　　　　　　　　　　　　　　　　　　515/281-1474 (fax)

　　　　　　　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　　　　& DOWD LLP
　　　　　　　　　　　　　　　　　　　　　　DARREN J. ROBBINS
　　　　　　　　　　　　　　　　　　　　　　DAVID T. WISSBROECKER
　　　　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1900
　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　　　　Telephone: 619/231-1058
　　　　　　　　　　　　　　　　　　　　　　619/231-7423 (fax)

- 1 -

574032_1

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
REBECCA A. PATERSON
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2010, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/ Steven P. Wandro
Steven P. Wandro

574032_1