UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br> vs.<br><br>ROBERT J. MYERS, et al.,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:10-cv-00332-HDV-CFB<br><br>CLASS ACTION |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LIMITED
EXPEDITED DISCOVERY

573972_1

Having considered the Motion of Plaintiff Kentucky State District Council of Carpenters Pension Trust Fund (the "Motion"), all papers filed in support and in opposition to, and good cause appearing therefore, the Court HEREBY ORDERS:

1. Plaintiff's Motion is GRANTED;

2. Within three days of this ORDER, defendants shall produce the following documents from July 10, 2009 (except as otherwise noted) to the present:

(a) The Board meeting minutes and materials of Casey's General Stores, Inc. ("Casey's or the "Company") reviewed at the meetings, insofar as the materials relate to any tender offer or merger, including, without limitation, documents pertaining to Couche-Tard's Inc.'s ("Couche-Tard") offers, discussions of a potential acquisition, and any measure undertaken by Casey's to ward off Couche-Tard (as described herein);

(b) All materials given to or received from the Company's financial advisor, Goldman, Sachs & Co., relating to the Tender Offer, any other offer or merger, and/or the value of Casey's;

(c) All documents created within the past year regarding Casey's projected future operations and financial performance; and

(d) All communications between or among defendants, defendants' financial advisors, Couche-Tard, and Couche-Tard's financial advisors relating to the Tender Offer, any other offer or merger, and any measure undertaken by Casey's to ward off Couche-Tard (as described herein).

3. Defendants shall make the following persons available for deposition beginning three days after the completion of document production and regarding only the limited issues in plaintiff' Petition in this matter.

    (a)     Robert Myers, Casey's President and CEO;

    (b)     Ronald M. Lamb, Casey's Board Chairman; and

    (c)     The person most knowledgeable from Goldman, Sachs & Co. regarding the Tender Offer.

IT IS SO ORDERED:

DATED: _____     _____
                                                      UNITED STATES DISTRICT COURT JUDGE