UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. MYERS, KENNETH H. HAYNIE, JOHNNY DANOS, WILLIAM C. KIMBALL, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY, H. LYNN HORAK, and CASEY'S GENERAL STORES, INC.,<br><br>Defendants. | Civil Action No. 4:10-cv-00332<br><br>ECF CASE<br><br>EXPEDITED RELIEF REQUESTED |

**MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE PLEAD AND TO RESPOND TO PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

1.   On August 5, 2010, Defendants filed their Motion to Stay Federal Proceedings Pending the Resolution of Parallel State Proceedings pursuant to Colorado River Water Conservation District v. United States, 424 U.S. 800 (1976).

2.   The Colorado River abstention doctrine is intended to promote "wise judicial administration, giving regard to conservation of judicial resources". Id. at 817. Consequently, courts should consider the question of abstention before addressing substantive motions, such as a motion to dismiss or a motion for expedited discovery. See Cincinnati Indemnity Co. v. A & K Constr. Co., 542 F.3d 623, 624-25 (8th Cir. 2008); see, e.g., 3005 Cedar, LLC v. City of Minneapolis, No. 09-CV-1580 (JMR/JJK), 2010 WL 455307, at *3 (D. Minn. Feb. 3, 2010); Schepers v. Terex Corp., 441 F. Supp. 2d 1004, 1007 (N.D. Iowa 2006).

3. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Defendant Casey's General Stores Inc. is due to answer or otherwise plead on or before August 13, 2010. On August 5, 2010, Plaintiff filed a motion for expedited discovery. Defendants' response to that motion currently is due on or before August 23, 2010.

4. Defendants' pending motion to stay, if granted, would make it unnecessary for Defendants to file a motion to dismiss (which Defendants will otherwise do) and also would obviate the need for a response to Plaintiff's motion for expedited discovery. Thus, resolving the stay motion first would avoid the unnecessary expenditure of resources by the parties on briefing of those substantive motions even before knowing whether this Court will abstain from hearing this case, and will spare the Court from having to devote its resources to briefing and argument on those motions. Accordingly, Defendants respectfully request that the Court extend the time for Defendants: (1) to answer or otherwise plead until fourteen (14) days after the Court has ruled on Defendants' pending motion to stay pursuant to Colorado River; and (2) to respond to Plaintiff's motion for expedited discovery until fourteen (14) days after the Court has ruled on Defendants' pending motion to stay pursuant to Colorado River.

5. Pursuant to Local Rules 7(l) and 37, counsel for Defendants conferred with counsel for Plaintiff with respect to the relief requested in this motion. Plaintiff has not consented to the motion.

6. Due to the approaching deadlines referenced above, Defendants request that the Court decide this motion on an expedited basis.

August 5, 2010

Respectfully submitted,

AHLERS & COONEY, P.C.
by

                /s
Edward W. Remsburg,
Bar No. AT0006511
  AHLERS & COONEY, P.C.
  100 Court Avenue, Suite 600
  Des Moines, IA 50309
  Telephone: (515) 243-7611
  Facsimile: (515) 243-2149
  eremsbur@ahlerslaw.com
*Attorneys for Defendants*

OF COUNSEL:

Robert H. Baron
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rbaron@cravath.com

Electronically filed.

Electronically served on all parties.

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on

      8-5-10      .

By    ☐ U.S. Mail    ☐ Fax

      ☐ Hand Delivery    ☐ Private Carrier

      ☒ Electronically through CM-ECF

Signature _____