IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. MYERS, KENNETH H. HAYNIE, JOHNNY DANOS, WILLIAM C. KIMBALL, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY, H. LYNN HORAK, and CASEY'S GENERAL STORES, INC.,<br><br>Defendants | Case No. 4:10-cv-00332-HDV-CFB<br><br>**CLASS ACTION**<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF REBECCA A. PETERSON** |

Rebecca A. Peterson, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of plaintiff Kentucky State District Council of Carpenters Pension Trust Fund. Rebecca A. Peterson states that she is a member in good standing of the bar of the State of California and the United States District Courts for the Southern and Central Districts of California and the District of Colorado, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her *pro hac vice* representation in this case.

Rebecca A. Peterson further states she will comply with the associate counsel requirements of LR 83.I.dA by associating with Steven P. Wandro, a lawyer who has been admitted to the bar of this district under LR 83.1.b and c and who has entered an appearance in this case.

- 1 -

Rebecca A. Peterson states she can be contacted at the following location: Robbins Umeda LLP, 600 B Street, Suite 1900, San Diego, CA 92101, Telephone: (619) 525-3990, Facsimile: (619) 525-3991, E:mail: rpeterson@robbinsumeda.com

DATED: August 12, 2010

Respectfully submitted,

WANDRO, BAER & McCARTHY, P.C.
STEVEN P. WANDRO
KARA M. SIMONS

/s/ Steven P. Wandro
STEVEN P. WANDRO

2501 Grand Avenue
Des Moines, IA 50312
Telephone: (515) 281-1475
Facsimile: (515) 281-1474
swandro@2501grand.com

DATED: August 9, 2010

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
REBECCA A. PETERSON

REBECCA A. PETERSON

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

513895