# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. MYERS, KENNETH H. HAYNIE, JOHNNY DANOS, WILLIAM C. KIMBALL, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY, H. LYNN HORAK, and CASEY'S GENERAL STORES, INC.,<br><br>Defendants | Case No. 4:10-cv-00332-HDV-CFB<br><br>**CLASS ACTION**<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF STEPHEN J. ODDO** |

Stephen J. Oddo, a lawyer who is not a member of the bar of this district, moves to appear in this case *pro hac vice* on behalf of plaintiff Kentucky State District Council of Carpenters Pension Trust Fund. Stephen J. Oddo states that he is a member in good standing of the bar of the State of California and the United States District Courts for the Southern, Central and Northern Districts of California, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his *pro hac vice* representation in this case.

Stephen J. Oddo further states he will comply with the associate counsel requirements of LR 83.I.dA by associating with Steven P. Wandro, a lawyer who has been admitted to the bar of this district under LR 83.1.b and c and who has entered an appearance in this case.

Stephen J. Oddo states he can be contacted at the following locations: Robbins Umeda LLP, Stephen J. Oddo, 600 B Street, Suite 1900, San Diego, CA 92101, Telephone: (619) 525-3990, Facsimile: (619) 525-3991, E:mail: soddo@robbinsumeda.com

| | |
|---|---|
| DATED: August 12, 2010 | Respectfully submitted,<br><br>WANDRO, BAER & McCARTHY, P.C.<br>STEVEN P. WANDRO<br>KARA M. SIMONS<br><br>/s/ Steven P. Wandro<br>STEVEN P. WANDRO<br><br>2501 Grand Avenue<br>Des Moines, IA 50312<br>Telephone: (515) 281-1475<br>Facsimile: (515) 281-1474<br>swandro@2501grand.com |
| DATED: August 9, 2010 | ROBBINS UMEDA LLP<br>BRIAN J. ROBBINS<br>STEPHEN J. ODDO<br>REBECCA A. PETERSON<br><br>STEPHEN J. ODDO<br><br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br><br>Attorneys for Plaintiff |

512348