# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, <br><br> Plaintiff, <br><br> v. <br><br> CASEY'S GENERAL STORES, INC., DIANE C. BRIDGEWATER, JOHNNY DANOS, KENNETH HAYNIE, H. LYNN HORAK, WILLIAM C. KIMBALL, JEFFREY M. LAMBERTI, ROBERT J. MYERS, AND RICHARD A. WILKEY, <br><br> Defendants. | No. 4:10-cv-00332-JAJ-CFB <br><br><br><br><br><br> MOTION FOR ADMISSION PRO HAC VICE |

J. Wes Earnhardt, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Casey's General Stores, Inc. J. Wes Earnhardt states that he is a member in good standing of the bar of the State of New York and the United States District Court for the Southern District of New York. J. Wes Earnhardt agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

J. Wes Earnhardt further states he will comply with the associate counsel requirements of LR 83.2(d)(3) by associating with Edward Remsburg, an attorney who has been admitted to the bar of this district under LR 83.2(b) and (c) and who has entered an appearance in this case.

| | |
|---|---|
| Electronically filed.<br><br>Electronically served on all parties. | /s/ Wes Earnhardt<br>J. Wes Earnhardt<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone:  (212) 474-1138<br>Facsimile:  (212) 474-3700<br>Email:  wearnhardt@cravath.com |

**CERTIFICATE OF SERVICE**

**The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on August 13, 2010.**

**By**   ☐ **U.S. Mail**          ☐ **Fax**

         ☐ **Hand Delivery**      ☐ **Private Carrier**

         ☒ **Electronically through CM-ECF**

**Signature  /s/ Amanda G. Wachuta**_____

# 665029.1