**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. MYERS, KENNETH H. HAYNIE, JOHNNY DANOS, WILLIAM C. KIMBALL, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY, H. LYNN HORAK, and CASEY'S GENERAL STORES, INC.,<br><br>Defendants. | Civil Action No. 4:10-cv-00332<br><br>ECF CASE |

**MOTION TO DISMISS PLAINTIFF'S PETITION**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7, Defendants Casey's General Stores, Inc. ("Casey's") and Robert J. Myers, Kenneth H. Haynie, Johnny Danos, William C. Kimball, Diane C. Bridgewater, Jeffrey M. Lamberti, Richard A. Wilkey and H. Lynn Horak (the "Board" or the "Directors"; with Casey's, "Defendants") move for an order dismissing Plaintiff's Petition in its entirety, with prejudice, for failure to state a claim against Defendants.

In support of this motion, Defendants rely on the following materials, filed contemporaneously herewith: (i) the Declaration of Edward W. Remsburg, executed on August 13, 2010, with exhibits annexed thereto; and (ii) Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Petition.

August 13, 2010

/s/ Edward W. Remsburg
Edward W. Remsburg (AT0006511)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: eremsburg@ahlerslaw.com

Robert H. Baron
Michael A. Paskin
J. Wes Earnhardt
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1422
Facsimile: (212) 474-3700
Email: rbaron@cravath.com
mpaskin@cravath.com
wearnhardt@cravath.com

Electronically filed.

Electronically served on all parties.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on **August 13, 2010.**

**By**   ☐ **U.S. Mail**   ☐ **Fax**

☐ **Hand Delivery**   ☐ **Private Carrier**

☒ **Electronically through CM-ECF / Email**

**Signature /s/ Amanda G. Wachuta**