# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. MYERS, KENNETH H. HAYNIE, JOHNNY DANOS, WILLIAM C. KIMBALL, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY, H. LYNN HORAK, and CASEY'S GENERAL STORES, INC.,<br><br>Defendants. | **Civil Action No. 4:10-cv-00332**<br><br>**ECF CASE** |

## DECLARATION OF EDWARD W. REMSBURG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S PETITION

I, EDWARD W. REMSBURG, hereby declare the following under the penalty of perjury:

1. I am a partner at Ahlers & Cooney, P.C. and counsel to Defendants Casey's General Stores, Inc. ("Casey's") and Robert J. Myers, Kenneth H. Haynie, Johnny Danos, William C. Kimball, Diane C. Bridgewater, Jeffrey M. Lamberti, Richard A. Wilkey and H. Lynn Horak (the "Board" or the "Directors"; with Casey's, "Defendants") in the above-captioned matter. I respectfully submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Petition.

2. Attached as Exhibit A is a true and correct copy of Casey's Solicitation/Recommendation Statement (Schedule 14D-9) dated June 8, 2010.

3. Attached as Exhibit B is a true and correct copy of Casey's Quarterly Report (Form 10-Q) dated March 14, 1997, 2010.

4. Attached as Exhibit C is a true and correct copy of Casey's Current Report (Form 8-K), dated June 2, 2010.

Executed on August 12, 2010.

_____
Edward W. Remsburg

2