# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT J. MYERS, KENNETH H. HAYNIE, JOHNNY DANOS, WILLIAM C. KIMBALL, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY, H. LYNN HORAK, and CASEY'S GENERAL STORES, INC., <br><br> Defendants | Case No. 4:10-cv-00332-JAJ-CFB <br><br> CLASS ACTION <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

Plaintiff Kentucky State District Council of Carpenters Pension Trust Fund ("Plaintiff") hereby files this Motion for Leave to Amend (the "Motion"), seeking an order granting Plaintiff leave to amend the operative petition.

Plaintiff's request for an order for leave to amend is made pursuant to Civil Local Rule 15, the grounds set forth in the pleadings filed in support of the Motion, the proposed order, the Court's file in the matter, argument of counsel, and other such information and material as the Court may properly consider before or at the hearing of this matter.

DATED: August 30, 2010            Respectfully submitted,

                                               ROBBINS UMEDA LLP
                                               BRIAN J. ROBBINS
                                               STEPHEN J. ODDO
                                               REBECCA A. PETERSON

                                                          s/ Stephen J. Oddo
                                           STEPHEN J. ODDO (admitted *pro hac vice*)

        600 B Street, Suite 1900
        San Diego, CA 92101
        Telephone: (619) 525-3990
        Facsimile: (619) 525-3991
        soddo@robbinsumeda.com
        rpeterson@robbinsumeda.com

        WANDRO, BAER & McCARTHY, P.C.
        STEVEN P. WANDRO
        KARA M. SIMONS
        2501 Grand Avenue
        Des Moines, IA 50312
        Telephone: (515) 281-1475
        Facsimile: (515) 281-1474
        swandro@2501grand.com

        ROBBINS GELLER RUDMAN & DOWD LLP
        DARREN ROBBINS
        RANDALL J. BARON
        DAVID T. WISSBROECKER
        655 West Broadway, Suite 1900
        San Diego, CA 92101
        Telephone: (619) 338-4502
        Facsimile: (619) 239-3247
        randyb@rgrdlaw.com
        dwissbroecker@rgrdlaw.com

        Attorneys for Plaintiff

520820

**CERTIFICATE OF CONFERENCE**

Pursuant to Civil Local Rule 7.*l*, counsel for plaintiff conducted a conference with counsel for defendants, at which time there was a substantive discussion of every item presented to the court in this Motion. Despite best efforts, the counsel have not been able to resolve the matter presented.

Certified to this 30th day of August, 2010.

                                                    /s/ Stephen J. Oddo
                                                  STEPHEN J. ODDO

**CERTIFICATE OF SERVICE**

    I certify that, on August 30, 2010, I caused this Motion for Leave to Amend and supporting documents to be filed with the Clerk of the Court via ECF, which will cause copies to be emailed to all counsel of record.

                                                  /s/ Stephen J. Oddo
                                                STEPHEN J. ODDO