# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT J. MYERS, KENNETH H. HAYNIE, JOHNNY DANOS, WILLIAM C. KIMBALL, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY, H. LYNN HORAK, and CASEY'S GENERAL STORES, INC., <br><br> Defendants | Case No. 4:10-cv-00332-JAJ-CFB <br><br> CLASS ACTION <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

The Court, having considered plaintiff Kentucky State District Council of Carpenters Pension Trust Fund ("Plaintiff") Motion for Leave to Amend ("Motion"), and all papers submitted thereon and good cause appearing, HEREBY ORDERS:

Plaintiff's request for leave to amend is GRANTED.

IT IS SO ORDERED.

Dated: _____, 2010

                                                                    HONORABLE JOHN A. JARVEY
                                                                    DISTRICT COURT JUDGE

520834