# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND on behalf of itself and others similarly situated, | CIVIL NO.  4:10-CV-00332-JAJ-CFB |
| Plaintiff, | |
| | **CASE MANAGEMENT ORDER** |
| vs. | |
| ROBERT J. MYERS, et al., | |
| Defendants. | |

Trial management of this case is transferred from United States Magistrate Judge Celeste F. Bremer to Chief United States Magistrate Judge Thomas J. Shields.

IT IS SO ORDERED.

Dated this 31st day of August, 2010.

_____
THOMAS J. SHIELDS
CHIEF U.S. MAGISTRATE JUDGE