IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ROBERT J. MYERS, KENNETH H. HAYNIE, JOHNNY DANOS, WILLIAM C. KIMBALL, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY, H. LYNN HORAK, and CASEY'S GENERAL STORES, INC.,<br><br>Defendants. | No. 4:10-cv-00332-JAJ<br><br><br><br><br><br>**ORDER** |

    This matter comes before the court pursuant to plaintiff's August 25, 2010, Motion for Preliminary Injunction, Motion for Temporary Restraining Order and Motion to Expedite Trial [dkt. 22]. This matter was discussed on a conference call held September 14, 2010. Counsel for plaintiff recognized that it could not go forward with the motion in light of this court's order dated September 9, 2010. See [dkt. 32].

    Upon the foregoing,

    **IT IS SO ORDERED** that plaintiff's Motion for Preliminary Injunction, Motion for Temporary Restraining Order and Motion to Expedite Trial is denied without prejudice.

    **DATED** this 20th day of September, 2010.

JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA