## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND, on behalf of itself and all others similarly situated,<br><br>                                                      Plaintiff,<br><br>v.<br><br>ROBERT J. MYERS, KENNETH H. HAYNIE, JOHNNY DANOS, WILLIAM C. KIMBALL, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY, H. LYNN HORAK, and CASEY'S GENERAL STORES, INC.,<br><br>                                                      Defendants. | **Civil Action No. 4:10-cv-00332**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>**ECF CASE** |

IT IS HEREBY STIPULATED AND AGREED by and among all parties to this action, pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure and Local Rule 41, that all claims that have been asserted in the above-captioned action shall be and hereby are dismissed without prejudice and with all parties to bear their own costs and attorneys' fees.

October 11, 2010

**ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY, H. LYNN HORAK and CASEY'S GENERAL STORES, INC.,**
By Counsel:

_____/s_____
Edward W. Remsburg
Bar No. AT0006511
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA 50309
Telephone: (515) 243-7611
Facsimile: (515) 243-2149
eremsbur@ahlerslaw.com

Of Counsel:
Robert H. Baron
J. Wes Earnhardt
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rbaron@cravath.com
wearnhardt@cravath.com

**KENTUCKY STATE DISTRICT COUNCIL OF CARPENTERS PENSION TRUST FUND**
By Counsel:

                /s
_____
Steven P. Wandro
Kara M. Simons
WANDRO, BAER & McCARTHY, P.C.
2501 Grand Avenue
Des Moines, IA 50312
Telephone: (515) 281-1475
Facsimile: (515) 281-1474
Email: swandro@2501grand.com


Of Counsel:
Brian J. Robbins
Stephen J. Oddo
Rebecca A. Peterson
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: soddo@robbinsumeda.com
Email: rpeterson@robbinsumeda.com

Darren Robbins
Randall J. Baron
David T. Wissbroecker
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 338-4502
Facsimile: (619) 239-3247
Email: randyb@rgrdlaw.com
Email: dwissbroecker@rgrdlaw.com

Electronically filed.

Served electronically on all parties.

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on _October 11, 2010_.

By ☐ U.S. Mail  ☐ Fax
☐ Hand Delivery  ☐ Overnight Carrier
☒ Electronically through CM-ECF  ☐ E-mail

Signature _[signature]_

2